[No. 15876-1-II.   Division Two.   September 6, 1994.]

RICHARD K. BAKER, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-02945-7, Daniel J. Berschauer, J., entered March 19, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15849-3-II.   Division Two.   September 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MINH HOANG TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00357-2, James D. Ladley, J., entered March 5, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 15701-2-II.   Division Two.   September 6, 1994.]

ROGER LEE SMITH, ET AL, *Appellants*, v. CONTINENTAL CASUALTY COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-08569-8, Waldo F. Stone, J., entered January 3, 1992. *Reversed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 17113-9-II.   Division Two.   September 6, 1994.]

KATHERINE JEAN WEAVER, *Individually and as Personal Representative*, ET AL, *Appellants*, v. W.J. BEARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-02805-6, James I. Maddock, J., entered February 14, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.